**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7384

BARRY L. RHODES,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, District Judge.
(CA-99-1541-0-17BD)

Submitted:  February 24, 2000          Decided:  March 3, 2000

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Barry L. Rhodes, Appellant Pro Se.  William Edgar Salter, III, OF-
FICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry L. Rhodes seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). Rhodes' case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Rhodes that failure to file specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Rhodes failed to specifically object to the magistrate judge's report and recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to so object will waive appellate review. See Orpiano v. Johnson, 687 F.3d 44, 47 (4th Cir. 1982). Rhodes has waived appellate review by failing to direct the district court to specific errors in the magistrate judge's report and recommendation. Rhodes filed only general, conclusory objections. We therefore deny a certificate of appealability and dismiss the appeal. We further deny Rhodes' motion for preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the mate-

2

rials before the court and argument would not aid the decisional process.

DISMISSED